WALSH, Respondent, v. WHITE, Appellant.

(Common Pleas of New York City and County, General Term.   January 9, 1893.)

Appeal from city court, general term.
Action by Mary Walsh against Whitman N. White.
Alex Thain, for respondent.
R. L. Perry, for respondent.
No opinion.   Order reversed, with costs.   For decision of the general term of the city court, see 20 N. Y. Supp. 991, mem.

---

HIRSCHFELDER, Respondent, v. LOCEY MIN. & MANUF'G CO., Appellant.

(Common Pleas of New York City and County, General Term.   January 10, 1893.)

Action by Sigmund Hirschfelder against the Locey Mining & Manufacturing Company.
H. Aplington, for appellant.
S. A. Emanuel, for respondent.
No opinion.   Order reversed, with leave to plead on payment of costs.   For decision of the general term of the city court, see 17 N. Y. Supp. 726.

---

JOHNSON, Appellant, v. JUNGEMAN, Respondent.

(Common Pleas of New York City and County, General Term.   January 10, 1893.)

Appeal from seventh district court.
Action by Robert A. Johnson against Julius Jungeman.
J. H. Rogers, for appellant.
Fettretch, Silkman & Scybel, for respondent.
No opinion.   Judgment affirmed, with costs.

---

LEVY, Appellant, v. FISHER, Respondent.

(Common Pleas of New York City and County, General Term.   January 10, 1893.)

Appeal from seventh district court.
Action by Fanny Levy against Samuel Fisher.
C. H. Meyer, for appellant.
D. Leventritt, for respondent.
No opinion.   Judgment affirmed, with costs.

---

WENNERMARK, Respondent, v. MUTUAL LIFE INS. CO., Appellant.

(Common Pleas of New York City and County, General Term.   January 10, 1893.)

Appeal from first district court.
Action brought by Waldemar Wennermark against the Mutual Life Insurance Company.
Arnoux, Ritch & Woodford, for appellant.
Louis Z. Kinstler, for respondent.
No opinion.   Judgment reversed, new trial ordered, costs to the appellant to abide event.